JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGON YOUASH, | Case No. 2:14-cv-06183-RGK-JEM |
| Plaintiff, | (Honorable R. Gary Klausner) |
| vs. | ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| UNION BANKERS INSURANCE COMPANY; PENNSYLVANIA LIFE INSURANCE COMPANY; and DOES 1 through 20, inclusive, | [FRCP 41(a)] |
| Defendants. | |

1

HINSHAW & CULBERTSON LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

36071792v1 0963404

1   Pursuant to the stipulation of the parties, the above-entitled action is hereby
2   dismissed in its entirety, with prejudice. Each party shall bear his or its own
3   attorneys' fees and costs.

5   IT IS SO ORDERED.

7   Dated: July 02, 2015

    _____
    Hon. R. Gary Klausner
    United States District Court Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

2

36071792v1 0963404